CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE
February 21, 2012
NINA GERSHON, U.S.D.J

## CR 05-795 (NG)

DEFT NAME: **Stephan Kocan**
☒ present   ☐ not present   ☐ custody   ☒ bail

DEFENSE COUNSEL: **Robert Gottlieb**
☒ present   ☐ not present   ☐ Appointed   ☒ Retained   ☐ Federal Defender

A.U.S.A.: **Nathan Reily standing for Jessica Reid**   USPO: **Ivan Runkea**

Court reporter: **Victoria Torres-Butler**

- ☒ Case called.
- ☒ Defendant appear with Counsel.
- ☐ Counsel Present without Defendant
- ☒ Revocation Hearing Adjourned to   **March 27, 2012 at 3 p.m.**
- ☐ Revocation Hearing Held.   ☐ Hearing Continued to _____ .
- ☐ Defendant Advised of Rights and Enters a Plea of
       ☐ Guilty   ☐ Not Guilty to Charges of Violation.
- ☐ Court COURT FINDS DEFT   ☐ GUILTY   ☐ NOT GUILTY.
- ☐ Judgment Revoking Terms & Conditions of Probation/ Supervised Release
- ☐ Sentencing Set For: _____
- ☐ Sentencing Held.
- ☐ Defendant Remanded to the Custody of the U.S. Marshal Service.

MINUTES: Case called. All parties present. Defense counsel request for an adjournment so the he has a opportunity to review the charges in the violation with the defendant. This matter is adjourned to March 27, 2012 at 3:00 p.m.